**Order entered August 26, 2014**



**In The**

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-00309-CR

**PATRICK DARNELL LAWRENCE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F08-73515-S**

## ORDER

The Court **REINSTATES** the appeal.

On August 5, 2014, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On August 22, 2014, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the August 5, 2014 order requiring findings.

We **GRANT** the August 22, 2014 extension motion and **ORDER** appellant's brief filed as of the date of this order.

We **GRANT** the August 22, 2014 motion to supplement the record. We **ORDER** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing: (1) the trial court's docket sheet; (2) the December 29, 2009

plea agreement form; (3) the December 29, 2009 judicial confession; (4) the trial court's December 29, 2009 order of deferred adjudication and conditions of community supervision; (5) the State's January 18, 2011 motion to withdraw its motion to revoke or its motion to proceed to adjudication; and (6) the February 14, 2014 plea agreement form.

We **ORDER** Joseph Phillips, official court reporter of the 282nd Judicial District Court to file, within **THIRTY DAYS** of the date of this order, the reporter's record of the December 29, 2009 plea hearing. We further **ORDER** that Mr. Phillips file a copy of the reporter's record of the December 29, 2009 plea hearing with the Dallas County District Clerk for use by the parties.

We **ORDER** appellate counsel to send appellant a copy of the reporter's record of the December 29, 2009 plea hearing.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Joseph Phillips, official court reporter, 282nd Judicial District Court; Gary Fitzsimmons, Dallas County District Clerk; and to counsel for all parties.

/s/    LANA MYERS
        JUSTICE